# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

-----------------------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,                                                  Adv. Pro. No. 08-01789 (BRL)

                      Plaintiff-Applicant,          SIPA LIQUIDATION

    v.

BERNARD L. MADOFF INVESTMENT                                  (Substantively Consolidated)
SECURITIES LLC,

                      Defendant.

-----------------------------------------------------------------------

In re:

BERNARD L. MADOFF,

                      Debtor.          Case No. 09-11893 (BRL)

-----------------------------------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                      Plaintiff,          Adv. Pro. No. 10-04499 (BRL)

    v.

METRO MOTOR IMPORTS, INC.,

                      Defendant.

-----------------------------------------------------------------------

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this
summons to the clerk of the bankruptcy court within 60 days after the date of issuance of this summons pursuant to
an Order of the Bankruptcy Court dated November 10, 2010 (the "Procedures Order") and the Notice of
Applicability filed in this adversary proceeding (each of which are enclosed herewith).

| Address of Clerk: | **Clerk of the Court** |
| --- | --- |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **New York, NY 10004−1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | David J. Sheehan<br>Marc E. Hirschfield<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012 and the Procedures Order.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004−1408 | Room: Courtroom 623 (BRL), One Bowling Green, New York, NY 10004−1408<br><br>Date and Time: **To Be Determined By The Court** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: January 14, 2011

Vito Genna

*Clerk of the Court*

By: /s/ Chris Bickerstaff

*Deputy Clerk*

300108860